FROM:

Ben Trainer
144 Sioux Street
Tavernier, FL
33070

UNITED STATES POSTAL SERVICE.

Retail

P

US POSTAGE PAID

$16.60

Origin: 33070
11/02/26
1189850070-07

PRIORITY MAIL®

0 Lb 1.60 Oz

RDC 01

EXPECTED DELIVERY DAY: 11/05/26

C008

SHIP TO:

STE 102
125 S JEFFERSON ST
GREEN BAY WI 54301-4541

USPS TRACKING® #

TO:

Clerk of Court
Jefferson Court Building
125 S. Jefferson Street Room 102
Green Bay, WI
54301-4541